Judge by Jury

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
APR 1 7 2025
DANIEL J. McCOY, CLERK
BY: mdh

(Rev. 12/15/2023)

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

Kelly Ratcliff
_____
Plaintiff

Civil Action No. 3:25-cv-0528  SEC. P

Prisoner # 726316

VS.

Judge _____

Jeffrey Edwards
_____
Defendant

Magistrate Judge _____

## COMPLAINT
### PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

I. **Previous Lawsuits**

   a. Have you begun any other lawsuit while incarcerated or detained in any facility?

   Yes _____   No ✓

   b. If your answer to the preceding question is "Yes," provide the following information.

      1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

         _____
         _____

      2. Name the parties to the previous lawsuit(s):

         Plaintiffs: _____

         Defendants: _____

      3. Docket number(s): _____

      4. Date(s) on which each lawsuit was filed: _____

      5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

         _____

*(Rev. 12/15/2023)*

    c.    Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

        Yes _____  No ✓

    If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II.    a.    **Name of institution and address of current place of confinement:**

    Tensas Parish Detention Center 8606 Hwy 65

    b.    Is there a prison grievance procedure in this institution?

        Yes _____  No ✓

        1.    Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

            Yes _____  No ✓

        2.    If you did not file an administrative grievance, explain why you have not done so.

        They do not have one here

        3.    If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

_____

    Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.    **Parties to Current Lawsuit:**

    a.    Plaintiff, _____

        Address _____

(Rev. 12/15/2023)

b.  Defendant, _____, is employed as
    _____ at _____.

    Defendant, _____, is employed as
    _____ at _____.

    Defendant, _____, is employed as
    _____ at _____.

    Additional defendants, _____
    _____

IV. **Statement of Claim**

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS. IF EXTRA PAGES ARE REQUIRED TO STATE THE FACTS OF YOUR CASE, YOU ARE LIMITED TO FIVE TYPEWRITTEN OR TEN LEGIBLE HANDWRITTEN PAGES PURSUANT TO LOCAL CIVIL RULE 3.2**

On July 15, 2022 I injuryed my leg because of medical delay. On April 11, 2025 I went to conway LSU in monroe the doctor set up my surgrey for June 5, 2025. He order me a knee brace and physical therapy two months back and I never received nethier one. On March 23, 2025 at 10:30 AM I was getting up off the floor were they have me sleeping and my knee slipped out of place because of no knee brace, I was immoblelized for the third time since my injury. My health has deteriorated this is cruel and unusual punishment. I've been in pain for three years because of medical delay.

(Rev. 12/15/2023)

V. **Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

Finiancial compensation for my pain and suffering in the amount of 150,000. Also be shipped to a D.O.C medical facility.

VI. **Plaintiff's Declaration**

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this ___12___ day of ___April___ , 20 _25_ .

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**    **Signature of Plaintiff**